UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-4313-DMG (KSx) | Date | July 16, 2020 |
| Title | G2 Secure Staff, LLC v. Aerovias de Mexico, S.A. de C.V., et al. | Page | 1 of 2 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS — ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE STAYED [37]**

On July 15, 2020, Defendant Aerovias de Mexico, S.A. de C.V. filed a notice that on June 30, 2020, Defendant and its parent company, Grupo Aeroméxico, S.A.B. de C.V., each had filed a Chapter 11 bankruptcy petition in the United States Bankruptcy Court for the Southern District of New York, jointly administered under Case No. 20-11563. [Doc. # 37.]

In light of the foregoing, Plaintiff is **ORDERED TO SHOW CAUSE** in writing by no later than **July 23, 2020** why this action should not be stayed as a result of the filing of Defendant's bankruptcy petition. *See* 11 U.S.C. § 362(a)(1). Failure to timely or adequately respond will result in the Court issuing an order staying and administratively closing the action and placing the case on inactive status.

IT IS SO ORDERED.